UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM,<br><br>        Plaintiff<br><br>v.<br><br>STAND4LYME FOUNDATION,<br><br>        Defendant | Civil Action No. 4:16-CV-03023 |

## NOTICE OF DISMISSAL

The parties have reached a settlement. Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff files this notice to voluntarily dismiss the action. The parties have agreed to bear their own costs and attorney's fees.

1

DATED: October 28, 2016

Respectfully submitted,

s/ *Louis T. Pirkey*
Louis T. Pirkey
  *Attorney-in-Charge*
  State Bar No. 16033000
  S.D. Tex. Bar No. 391
PIRKEY BARBER PLLC
600 Congress Ave., Suite 2120
Austin, TX 78701
(512) 322-5200
(512) 322-5201 (fax)
lpirkey@pirkeybarber.com


*Counsel for Plaintiff The Board of Regents
of the University of Texas System*

*Of Counsel*

Travis R. Wimberly
  State Bar No. 24075292
  S.D. Tex. Bar No. 1804532
PIRKEY BARBER PLLC
600 Congress Ave., Suite 2120
Austin, TX 78701
(512) 322-5200
(512) 322-5201 (fax)
twimberly@pirkeybarber.com

2