United States District Court
Southern District of Texas
**ENTERED**
October 28, 2016
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-16-3023 |
| STAND4LYME FOUNDATION, | § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 6), this action is dismissed.

SIGNED on October 28, 2016, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge